# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: JAY S. HEIVILIN  
6521 - 11TH STREET  
ROCKFORD, IL  61109  

SSN-xxx-xx-6434

Case Number: 06-72278

Case filed on: 12/4/2006  
Plan Confirmed on: 2/16/2007  

D Dismissed

Total funds received and disbursed pursuant to the plan: $14,420.00          Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 000 | BRIAN A. HART | 2,200.00 | 2,200.00 | 1,700.00 | 0.00 |
|  | Total Legal | 2,200.00 | 2,200.00 | 1,700.00 | 0.00 |
| 005 | CODILIS & ASSOCIATES, P.C. | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | RICHARD SNOW | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 003 | ILLINOIS DEPARTMENT OF REVENUE | 121.52 | 121.52 | 0.00 | 0.00 |
|  | Total Priority | 121.52 | 121.52 | 0.00 | 0.00 |
| 999 | JAY S. HEIVILIN | 0.00 | 0.00 | 2,080.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 2,080.00 | 0.00 |
| 001 | AMCORE BANK NA | 6,453.11 | 6,453.11 | 4,617.50 | 505.43 |
| 002 | WELLS FARGO BANK NA | 14,147.50 | 14,147.50 | 4,670.90 | 0.00 |
|  | Total Secured | 20,600.61 | 20,600.61 | 9,288.40 | 505.43 |
| 001 | AMCORE BANK NA | 0.00 | 0.00 | 0.00 | 0.00 |
| 003 | ILLINOIS DEPARTMENT OF REVENUE | 30.00 | 30.00 | 0.00 | 0.00 |
| 004 | CITIFINANCIAL | 5,188.38 | 5,188.38 | 0.00 | 0.00 |
| 006 | COMED | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | INFINITY HEALTHCARE PHYSICIAN | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | NICOR GAS | 1,818.31 | 1,818.31 | 0.00 | 0.00 |
| 010 | SWEDISH AMERICAN HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | KARIN SHOEMAKER | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Unsecured | 7,036.69 | 7,036.69 | 0.00 | 0.00 |
|  | Grand Total: | 29,958.82 | 29,958.82 | 13,068.40 | 505.43 |

Total Paid Claimant:      $13,573.83  
Trustee Allowance:         $846.17  
Percent Paid Unsecured:    0.00  

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

　　　　　　　　　　　　　　　　　　　　　　　　　/s/ Lydia S. Meyer  
　　　　　　　　　　　　　　　　　　　　　　　　Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on <u>09/26/2008</u>          By  <u>/s/Heather M. Fagan</u>